UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

        v.

YINKA OLANIYI,

                 Defendant.
-------------------------------------------------------X

**ORDER**
21-CR-350 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

In light of the expert reports filed at ECF Nos. 72 and 73, the Court DIRECTS each party to file a brief on ECF by 5:00 P.M. on Monday, September 30, 2024 stating its positions as to the following questions:

1. Is Defendant competent to assist in his own defense?
2. Is Defendant competent to stand trial?
3. If the answer to both questions is no, what further proceedings are necessary to determine Defendant's threat to the community and any further potential commitment?

The Court also DIRECTS the experts who wrote the reports at ECF Nos. 72 and 73 to attend the Competency Hearing scheduled for Thursday, October 3, 2024 at 1:00 P.M.

The Court advises the parties they have until 5:00 P.M. on Friday, October 11, 2024 to file on ECF supplemental briefing, if necessary, to address any additional issues raised during the Competency Hearing.

                                                                     **SO ORDERED.**

s/ WFK
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: September 20, 2024
      Brooklyn, New York